FILED
CLERK, U.S. DISTRICT COURT

JAN 11

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CARLISCRIL LESTER JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER ARELLANO, et al.,<br><br>　　　　Defendants. | Case No. CV 06-5568 DDP (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　IT IS ORDERED that a Judgment be entered dismissing the Second Amended Complaint with prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on plaintiff.

DATED: 1-10-08

DEAN D. PREGERSON
United States District Judge