FILED
CLERK, U.S. DISTRICT COURT

JAN 11

CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CARLISCRIL LESTER JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER ARELLANO, et al.,<br><br>　　　　Defendants. | Case No. CV 06-5568 DDP (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice.

DATED: _1-10-08_

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge